**Martha K. Considine, appellee, v. John Nottolini, appellant. Gen. No. 7,787.**

Action for personal injuries. Judgment for plaintiff. Appeal from the Circuit Court of Kane county; the Hon. William J. Fulton, Judge, presiding. Heard in this court at the April term, 1927. Affirmed. Opinion filed September 29, 1927.

David J. Peffers and Robert J. Wing, for appellant. Leonard C. Mead, for appellee.

Mr. Justice Jones delivered the opinion of the court.

---

**C. D. Kukuk, appellant, v. Willis A. Marin and A. J. Foote, individually and as trustees, appellees. Gen. No. 7,798.**

Bill to establish equitable lien. Dismissed for want of equity. Appeal from the Circuit Court of La Salle county; the Hon. Edgar Eldredge, Judge, presiding. Heard in this court at the October term, 1927. Reversed and remanded with directions. Opinion filed September 29, 1927. Rehearing denied November 8, 1927.

Fred B. Shearer, for appellant; Charles B. Dickerson, of counsel. Woodward, Hibbs & Pool, for appellees.

Mr. Justice Jones delivered the opinion of the court.

---

# FOURTH DISTRICT.

---

**The Mifflinburg Bank, appellant, v. Thomas Morfoot, appellee.\***

Assumpsit on promissory notes. Judgment for defendant. Appeal from the City Court of Alton; the Hon. L. D. Yager, Judge, presiding. Heard in this court at the March term, 1921. Reversed and remanded. Opinion filed November 10, 1921.

McGinnis & McGinnis, for appellant. J. J. Brenholt, for appellee.

Mr. Presiding Justice Higbee delivered the opinion of the court.

---

**Edward Whittaker and St. Louis Union Trust Company, trustees, defendants in error, v. Wabash, Chester & Western Railroad Company and Letcher Irons, plaintiffs in error.\***

Judgment reversed *pro forma* for failure of defendants in error to present briefs. Error to the Circuit Court of Randolph county; the Hon. George A. Crow, Judge, presiding. Heard in this court at the March term, 1922. Reversed and remanded. Opinion filed April 14, 1922.

H. C. Horner, for plaintiffs in error. W. T. Pace, for defendants in error.

Per curiam.

---

**National Cash Register Company, appellant, v. The Alton Fur House et al., appellees.\***

Replevin for personalty claimed by defendant as mortgagee. Judgment against plaintiff. Appeal from the City Court of Alton; the Hon. L. D. Yager, Judge, presiding. Heard in this court at the March term, 1922. Reversed and remanded. Opinion filed April 28, 1922.

Henry S. Baker, for appellant. John F. McGinnis, for appellees.

Mr. Justice Boggs delivered the opinion of the court.

---

\* Received from clerk of Appellate Court, August 8, 1927.